IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALLAN M. RUSH,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3750

Opinion filed September 4, 2014.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Allan M. Rush, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of habeas corpus is denied on the merits.

PADOVANO, THOMAS, and ROBERTS, JJ., CONCUR.